

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-15-00272-CV

Kyu Im **ROBINSON**,
Appellant

v.

William P. **RIDDICK**, et al,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07766
Honorable Renée Yanta, Judge Presiding

# O R D E R

　　Appellant's motion to extend time to file the motion for rehearing is GRANTED. Appellant's motion for rehearing is due in this court on or before May 16, 2016.

_____
Marialyn Barnard, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court